517 A.2d 540

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Donald RILEY.**

Supreme Court of Pennsylvania.

Nov. 18, 1986.

Petition for Allowance of Appeal GRANTED, No. 141 E.D. Appeal Docket 1986.